FILED

UNITITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 AUG 22 PM 12: 29

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

JAMES
~~LAURA BETH~~ MCLYNAS
Plaintiff,

V.

CASE NO.:
8:18-cv-02091-T-33-JSS

THANE COVERT PERSONALLY and as
JUDGE THANE COVERT
Defendant,

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, James McLynas, pro-se Plaintiff in the above captioned case and hereby files this Complaint and Demand for Jury Trial for Cause. This case involves the ongoing violation(s) of the Civil and Constitutional rights of the Defendant James McLynas by Thane Covert personally and as Judge Thane Covert of the Sixth Circuit Court of Florida by violating the rights of James McLynas for a fair trial, the right of due process, the right to redress, equal protection under the law, the right to not have assets illegally seized without due process, the conversion of assets of the Plaintiff to another without due process of law and the withholding of civil, legal and due process rights and the remedies available through the legal system and due process rights to redress.

### BACKROUND

This case stems from an acrimonious divorce between James McLynas and Laura Beth Fleming McLynas. During the marriage, one minor female child was born to the couple and much of the animosity was as a result of the custody case for the child. Separated in 2009 and divorced in 2013, the divorce involved the Clearwater Police, Pinellas County Sheriff's office, multiple officers and deputies personally, Pinellas County Sheriff's Child Protective Investigations and almost all of the Pinellas County judicial system. Shortly after separation, Laura Beth Fleming McLynas (from heron out named "the former wife) enlisted the assistance of multiple police officers by becoming sexually involved with them and exchanging sexual favors for police favors against James McLynas.

TPA052 644
$400.00

These favors included her filing over 150 false and fraudulent police reports, 22 false Child Protective Services reports, 8 fraudulent Domestic Violence Injunctions and countless "welfare check calls" to harass the Husband and father. The husband and father was wrongfully arrested on five separate occasions, falsely charged and prosecuted, had thousands of dollars in legal expenses and lost his home that he maintained separately on three occasions due not only from these police and court actions, but also from multiple burglaries, vandalism and damage caused by the former wife.

During the pendency of the case, James McLynas was able to uncover a massive conspiracy within the Clearwater Police department and the Pinellas County Sheriff's office whereby multiple officers and deputies were discovered to be assisting the former wife by coaching her on how to file false reports, taking predatory action against the husband based on these knowingly false reports, fabricating multiple false entries and reports themselves to assist the former wife, following, surveilling and issuing extensive citations to the husband at every turn and even looking up license plate numbers and providing confidential driver's license records to the former wife. Lt. Richard Crean of the Pinellas County Sheriff's Office who was one of five officers sexually involved with the former wife was terminated based on these allegations.

It also was revealed through text messages that Pinellas County Sheriff's Deputy Paul Martin, who was also one of the five officers sexually involved with the former wife, had been communicating directly with Judge Joseph Bulone presiding over the couple's case. Deputy Martin wrote texts to the former wife telling her that "no need to worry, I made some calls, no matter what he files or what he says in court, nobody will listen to him anymore. It's time for him to get fucked".

Based on the above revelation, the husband demanded that his attorney at the time file a Motion to Recuse Judge Bulone who had in fact been handing down some of the most ridiculous rulings from the bench immediately following the phone calls from deputy Martin. One Example; after the former wife was literally caught red-handed vandalizing vehicles behind the home of the husband, the husband filed for a domestic violence protective order. The judge granted the husband's request, but then within the order striped the husband of his daughter and granted full

temporary custody to the wife, AFTER she was the perpetrator of vandalism and the husband's home. The attorney of record REFUSED stating that it is considered courtroom suicide to file a Motion to Recuse. He informed James McLynas that any lawyer that is foolish enough to file a Motion to Recuse will have every ruling in every case from that point forward ruled against him. (And THAT is exactly what is currently happening currently with Judge Thane Covert presiding on the case and refusing to step down.)

The husband fired his lawyers, recused the judge, presented his own case and with the testimony of the Guardian Ad-Litem and court ordered psychological evaluator, the husband was successfully able to prove the conspiracies and the actions of the mother and the Pinellas County Sheriff's Office. These actions also included proving that the Pinellas County Sheriff's Office had filed false reports, tampered with evidence and perjured themselves in their efforts to assist the former wife. The husband filed a Motion in Limine to bar the Pinellas County Sheriff's Office Child Protective Investigations witness from testifying which was granted because the husband was able to prove that the CPI had illegally redacted 28 passages from the report that were FAVORABLE to the husband and after the fact added multiple passages that were helpful to the former wife.

At the divorce and custody trial, James McLynas was successfully able to show that the former wife had done ALL of the above and furthermore, had been abusive to the child through physical abuse, mental abuse, parental alienation and she even had the child falsely arrested and baker acted on two occasions. The court in case number 10-004374-FD in Pinellas Circuit Court adjudicated in favor of the father and found the following;

1. That Laura Beth Fleming McLynas had in fact been both mentally and physically abusive to the minor child.

2. That all of the police reports, CPI investigations, domestic violence injunctions and other allegations made by Laura Beth Fleming McLynas were false and were done to gain an unfair advantage in the custody case.

3. That Laura Beth Fleming McLynas was a "HOMICIDE" threat to the child if the child were to remain in the mother's home.

4. That the father, James McLynas was capable and well qualified to provide a safe and loving home for the minor child and take care of the child's needs.

5. That Laura Beth Fleming McLynas pay child support and 50% of the uninsured medical expenses for the minor child.

Based on the facts, evidence and experiences of the husband and father James McLynas, he was able to understand the full breadth and width of the massive corruption that existed within the Pinellas County Sheriff's Office and Pinellas judicial system and decided to run for Sheriff of Pinellas County to expose current Sheriff Robert Gualtieri. After informing Robert Gualtieri that he intended to run for Sheriff in 2016 to expose him, corrupt Sheriff Gualtieri initiated five fraudulent and false felony criminal charges against James McLynas to discredit him and prevent him from running for Sheriff. Sheriff Gualtieri even went so far as to illegally use a Stingray tracking device without the required warrant to make sure that the husband was arrested ATHE DAY BEFORE HIS CUSTODY TRIAL so that he would not be able to attend thus further assisting the former wife in getting custody. That effort on the part of Sheriff Gualtieri failed as well. After three years, the husband was further able to again prove that the Sheriff's office lied, filed false reports AGAIN, perjured themselves, failed to investigate the crimes of the deputies and the charges were all dropped when they could not provide any evidence to proceed. Some of the above instances and accounts were published in the Tampa Bay Times, Bay News Nine news and other media outlets.

What all of the above glaringly shows though is that the Pinellas County Sheriff's Office and specifically Sheriff Robert Gualtieri most definitely is willing to illegally interfere in the family law cases of James McLynas as a form of retaliation, political retribution and conspire with the courts to do so. It also shows that the Sixth circuit Court judges are more than happy to oblige. Judge Joseph Bulone was recused from the case because of direct contact with Sheriff's deputy Paul Martin and according to deputy Martin himself, Bulone gave assurances that he would act on behalf of the former wife in the custody matter in response to Pinellas County Sheriff's deputy's requests. Judge Thane Covert then had NUMEROUS back room hallway conversations and phone calls with the Pinellas County Sheriff's Deputies, prosecutors and other judges including Judge Joseph Bulone regarding Mr. McLynas while he himself was attempting to

prosecute James McLynas for the false crimes Sheriff Gualtieri was trying to prosecute him for. Judge Thane Covert acted as an agent for these entities while violating the rights of James McLynas to due process, discovery and redress. Furthermore, Judge Thane covert blocked numerous motions of James McLynas' defense attorney to obtain the records of the Sheriff's office such as emails and memos and refused to allow the McLynas' defense team to depose Sheriff Gualtieri on his direct involvement of the case.

James McLynas kept his word to Pinellas County Sheriff Robert Gualtieri in 2016 and ran for Sheriff against him that year obtaining over 100,000 votes while only campaigning for three months and spending less than $3,000. James McLynas is running for Sheriff of Pinellas County in 2020 and has much more support and is campaigning for three years this time around and has become a viable threat to Sheriff Robert Gualtieri with an actual chance to win.

One of the ways that Sheriff Gualtieri can affect the outcome of the election is to damage the financial stability of James McLynas and can do so by letting the court's know that making sure James McLynas does not receive any child support of medical expense reimbursement from Laura Fleming McLynas. Judge Thane Covert has been doing just that since the say he was appointed to this case. Not coincidentally, Judge Thane Covert is the exact same judge that was prosecuting the false and fraudulent cases brought by Sheriff Robert Gualtieri against James McLynas and now continues this process in the Child Support case of James McLynas, Circuiot Court Case 10-007346-FD.

The above is by far not a complete detailing of ALL of the dirty and corrupt practices of the Pinellas County justice system and police industry against James McLynas. It is more of an overview to help explain the ludicrously of the continued efforts against and the basis from which they began. It further helps to illustrate what may be considered an anomaly or other small insignificant ruling is not an isolated incident, but a long standing pattern or practice prevalent within our corrupt judicial system with little relief for those aggrieved with a valid complaint. One of the FEW remedies available to a civil litigant is the recusal or removal of a corrupt judge.

Laura Beth Fleming has consistently violated court orders to pay child support, pay uninsured

medical expenses, pay for health insurance, provide discovery, comply with discovery Orders to Compel. This has caused the father, James McLynas to seek relief from the courts which has consistently been withheld from the father for no valid reason, fact of law or procedure or logic other than the bias and animosity or Judge Thane Covert.

Since the day Judge Thane Covert took office, he has ruled against the father James McLynas on each and every point, matter and Motion in favor of the deadbeat mother Laura Fleming. Given the long history of despicable conduct of the Mother, Laura Fleming, there cannot be any genuine concern for the positions of a mother that HAS BEEN ADJUDICATED A HOMICIDE THREAT TO THE CHILD FOR WHOM THE FATHER IS SEEKING CHILD SUPPORT ENFORCMENT. This leaves his personal animosity and bias towards the father, James McLynas and his allegiance to the corrupt Pinellas judicial system and all of its players including Sheriff Robert and his wife Lauralee Westine.

GROUNDS FOR CIVIL ACTION
Within Florida law there are specific requirements of a judge to uphold during his fulfilment of his duties and his failure to do so are prohibited by the Code of Judicial Conduct. These codes specifically state that it can be determined if there is a **_pattern of improper activity and the effect of the improper activity on others or on the judicial system_**. It is the position of James McLynas, the defendant in the above captioned matter, (but the Plaintiff in the Child Support Enforcement actions brought before this court) that not only is there numerous specific items that represent sufficient grounds to recuse Judge Thane Covert, that there exists a clear PATTERN AND PRACTICE OF VIOLATING THE DUE PROCESS AND VIVIL RIGHTS OF PLAINTIFF JAMES MCLYNAS

Defendant Thane Covert's consistent rulings and actions on the bench proves beyond any doubt that he is biased and has not EVER ruled in favor of child support enforcement for almost two years on EVERY motion and EVERY issue before him when both the law, Federal Child Support laws and Florida State laws very clearly require him to do so. Judge Thane Covert has willfully and intentionally ignored the "best interest of the child" with every action he has taken to Punish the Plaintiff and to cause he and his daughter financial harm and block any of the many

forms of relief permitted though the judicial system. In fact EVERY ruling that he has issued and every step he has taken is clearly NOT in the best interest of the child and directly UNDERMINES child support enforcement and causes direct harm to the child and the custodial father which is the EXACT OPPOSITE of what these proceedings are supposed to do AND are a direct violation of the Defendant's legal right to a fair trial or hearing and equal protection under the law. . Judge Thane Covert has acted in a manner that would thrill every deadbeat parent in the entire United States.

Within the rules Judge Thane Covert is required to follow and he has blatantly violated include but are not limited to following;

Example One

**Fla. Code Jud. Conduct, Canon** 2A: "A judge shall respect and comply with the law and shall act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary."

Judge Thane Covert violated Canon 2A in the very first action he took from the bench in this case.
As stated in the Florida Civil Rules of Procedure 1.490 *"(a) General Magistrates. Judges of the circuit court may appoint as many general magistrates from among the members of the Bar in the circuit as the judges find necessary, and the general magistrates shall continue in office until removed by the court. The order making an appointment shall be recorded."* Furthermore, section 1.490 (c) Reference states *"No reference shall be to a magistrate, either general or special, without the consent of the parties. When a reference is made to a magistrate, either party may set the action for hearing before the magistrate."* And finally in the "INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORMS 12.920(a), MOTION FOR REFERRAL TO GENERAL MAGISTRATE" requires that the specific magistrate be NAMED and that all of the specific matters to be heard by THAT SPECIFIC MAGISTRATE be spelled out in the Order. After filing a Motion to Recuse Magistrate Walker and specifically pointing out that the required ORDER specifically NAMING

Magistrate Walker and specifying what items she was to rule on within the case DID NOT EXIST and that the parties were NEVER given the legally required right to object to Magistrate Walker, Judge Thane Covert willfully and intentionally refused to remove her. However, he proved and admitted the Movant's case by then issuing a NEW Order of Referral for Magistrate Walker. The Movant then objected to Magistrate Walker and she was removed, just like he had the legal right to do months earlier that was denied him and why his Motion to Recuse Walker SHOULD have been granted. This was the first in a LONG series of actions and rulings that evidences the blatant bias against the Movant James McLynas by Judge Thane Covert in a long line of biased motivated actions and rulings.

Example Two

The Final order requires Laura Fleming to pay the uninsured medical expenses of the minor child at a 44% prorate within 30 days of receipt. Numerous times these bills were sent to, mailed to, texted to, emailed to and hand delivered to Laura Fleming in court. Numerous court orders were issued in this case including orders from the August 29, 2016 hearing, and the July 7, 2018 hearing requiring Laura Fleming to PAY these medical bills within 30 days. Laura Fleming has failed and refused to pay a single penny of these medical bills in intentional defiance of the court's orders. The father has filed multiple Motions for Contempt to hold Laura Fleming responsible for these medical bills ALREADY PAID by the custodial father. Judge Tane Covery has steadfastly refused to even set these Motions for hearing or enforce the court's clear and unambiguous court orders. This a blatant violation of Civil rules, court procedures and the due process rights of the father. It is also a clear violation of the Father's Constitutional right to Due process and equal protection under the law and a Federal 1983 civil rights violation. A Federal lawsuit is being drafted to file against Judge Thane Covert for these violations.

Conversely, when the former wife files any motion, regardless of how frivolous or in violation of the Judge's obligation to enforce shild support laws, Covert snaps to attention, sets the mother's motions for immediate hearing and then rules on them against the enforcement of child support in EVERY instance. The fact that Covert repeatedly and without fail rules in favor of EVERY request of the mother to NOT enforce the child support obligation, Covert's ONLY real job, again proves the bias and animus he has towards the father and consequently against the child

herself who bears the full force and effect of Judge Covert's failure and refusal to obtain the court ordered support for the child.

There are now over $8,000 in unpaid medical bills that the custodial father has had to pay and foot the bill for the Mother's portion. Judge Thane Covert's refusal to hold the mother in contempt and take action to collect these court ordered payments is in essence a finding of financial judgement against the father without hearing, applicable law or an opportunity to relief from the courts. Judge Thane Covert has in essence ordered the custodial father of limited means to pay the Mother's portion of the Child's medical expenses now for over three years totaling thousand of dollars. A loan, without interest that he cannot afford. His only recourse is to STOP the negative cash flow and loans to the mother by limiting medical treatments to only essential services. Again, this is NOT how the child is supposed to be protected by the courts and NOT how child support enforcement is supposed to be handled but IS how a corrupt judge with an agenda would handle a case, AGAIN proving the ongoing "pattern and procedure" of improper judicial conduct on behalf of Judge Than Covert.

Example Three
In the case before Judge Thane Covert, there is no real issue of fact or grey area that needs to be decided after carefully considering the evidence and the credibility of witness testimony. It is a simple case of Modification of Support order and enforcement of the current support orders. Within this case, thee have already been numerous rulings made which reflect on the issues related to Judge Covert's limited task. A court order has been issued, an amount of child support ordered and medical expenses to be paid and a complete failure of Laura McLynas to pay that support order even though she has already been adjudicated to be living well beyond her means.

In the June 3, 2015 Order issued by Judge Muscarella, she states **"The Final Judgement on Child Support issued in this case on November 19, 2014 is clear and unambiguous in its language and rulings. Any enforcement actions hinges upon the actual failure to pay the child support obligation. Determination of any possible arrearage is a simple matter of review of the Order and the amounts paid into the State Disbursement Unit."** While this same simple process for enforcement of Child support laid out in this VERY CASE by court

order still holds true today, Judge Thane Covert has taken every step possible since the day he took office to NOT enforce these laws and providing for the custodial parent AND the child ZERO enforcement of the support obligation since the day he took over the case almost three years ago. At no point has he followed the simple Court order on HOW to enforce child support as stated in the 6-3-2015 Order. Judge Covert has NOT reviewed the most recent child support order of 7-5-2016 requiring a monthly Payment of $465 and an arrearage payment of $50 for a total monthly child support obligation of $565. Covert has also not "reviewed the amounts paid" which would clearly show an arrearage of over $11,000 and no payments made. He has not adjudicated the amount owed and turned it into a judgement giving the custodial father other means of collection. He has not found the Mother in contempt. He has not ordered her to make payments, find a job, determined her assets, held her in contempt, jailed her or OR TAKEN ANY ACTION WHATSOVER TO ENFORCE THE CHILD SUPPORT OBLIGATION IN ALMOST THREE YEARS. This clearly shows an ongoing "pattern and practice" bias by Thane Covert towards the custodial father. A simple review of Thane Covert's other family law cases shows no such lack of action in ANY other case and for this James McLynas is entitled to call Thane Covert as a witness in this case.

Example Four

The former wife has been adjudicated to have lied so many times in this case at bar, that she should have ZERO credibility in this court, however Thane Covert literally goes along with whatever she says as if it is fact. She has even been proven to have lied in testimony before HIM and he still takes no action or holds her accountable. In the Final Order of this very case, Judge Muscarella ruled that the psychological evaluator and Guardian Ad-Litem Dr. Evans' findings WOULD be the court's final determination. Dr. Evans concluded that Laura Fleming had lied hundreds of times to police, the courts, him, the police, child protective services and anyone else that would listen. Her lying and making false statements to the police and courts about James McLynas was a large part of his determination that she was a danger to the child and a "homicide threat". As far as employment and the ability to earn income to pay child support, it was proven;

1. that Laura Fleming lied about her income to be imputed minimum wage in the final hearing.

2. that Laura Fleming lied about quitting her job the Friday before the 5-19-2015 to defraud the court and prevent an Income Deduction Order from being issued. She works for a law firm so they probably coached her how to do this. The 6-30-2016 Order of Judge Muscarella states "The parties had a hearing regarding am income deduction order on May 19, 2015 and that at the hearing the petitioner testified that she was unemployed as she had quit the previous Friday and may have begun working again the following Tuesday." That Monday was the Memorial Day Holiday. James McLynas also provided a copy of a check where Laura Fleming had been paid under the table from a separate non-payroll account for the week of employment during the week she testified that she had quit proving her pretending to quit was a scam on the court and the child to block a child support income deduction order.

3. The case file on this case 10-007346-FD is literally filed with hundreds of

4. The Order from the May 19, 2015 hearing also ordered Laura Fleming to notify both the court AND the father if she were to be in "any income earning situation", however when she went back to work immediately following the hearing where she lied about quiting, she did not inform the court OR the father. It was not until a coworker of Laura Fleming's contacted the father and told him about how the entire office was in on the scam to pretend Laura quit to block the issuance of an income deduction order. If a man had done this, he would be sent to jail. The fact that Judge Cover gives someone that is such a deceitful EVERY benefit of the doubt and does not hold her testimony as invalid due to her many lies AGAIN proves the pattern and practice of bias against the custodial father by Thane Covert.

Example Five

The court system allows the driver's license to be suspended for any parent that fails to pay their child support. The custodial father had filed the proper paperwork for the suspension of Laura Fleming's driver's license which only requires that a parent be TWO MONTHS behind on Child support. Laura Fleming is TWO YEARS behind in child support without any payments being made at that time. Her driver's license was suspended, but Laura Fleming filed a motion to have it reinstated. Despite there being literally dozens of motions filed by the father that Judge Covert has refused to set for hearing AND despite his previous

rulings that all motions would be heard in the order that they were filed, AGAIN he rushes the mother's motions right to the front of the line, even though, the driver's license suspension is CLEARLY within the scope of the applicable law and many would argue that two years of not paying would make Laura Fleming not only a prime candidate for suspension, bus also for jail.

When the hearing took place, Laura Fleming provided ZERO evidence that she has attempted to find employment, ZERO evidence that she was in any way disabled as required by law to avoid suspension, she provided NO medical verification of any disability or medical condition that would cause her to not be able to work.

Conversely, the father showed the court photograph after photograph of a scantily clad Laura Fleming attending sex parties, dressed up in evening gowns eating lavish food, traveling abroad and wearing expensive clothing and even shopping for expensive clothes in Law Vegas. Laura Fleming herself testified that she had taken NINE trips out of the state over the previous 18 months including Ohio four times, Michigan twice to stay at a cabin and sail on a lake, Las Vegas, California and the Bahamans. The father provided photos posted online of Laura Fleming on five different luxury boats on five different occasions on five different bodies of water, her at black tie balls with jewelry and hair and nails done with expensive shoes and purses. She also testified that she lived in a luxury water front condo, is driving a Mercedes and sports the latest $1,000 I-Phone X with a $200 per month phone bill. There were also numerous photos provided to the court that showed Laura Fleming drinking, dancing and partying at dozens of venues and even playing football on the beach ALL DURING THE PERIOD OF TIME THAT LAURA FLEMING CLAIMED SHE COULD NOT PAY A SINGLE PENNY IN CHILD SUPPORT.   Yet despite all of this, Judge Thane Covert took it upon himself to research some obscure case cite that claimed that this deadbeat mother's driver's license was suspended improperly because it was a "contempt" action to do so and that since "Contempt" must be willful or intentional, the fact that in his mind because Laura Fleming could NOT pay child support (despite all of the evidence to the contrary) Covert pulled the suspended driver's license for Laura Fleming.  Thane Covert has NEVER done that in any other case, nor has any other 6th circuit court judge further evidencing the pattern or practice of bias against the custodial father and favoritism to the deadbeat mother.

Example Six

After Covert removed the driver's license suspension, the father realized that Judge Covert's ruling was based on the deadbeat mother's inability to pay support back 11 months earlier when the original suspension order was applied for. So the custodial father filed a SECOND driver's license suspension with the Clerk of the Court. In this type of filing, there is no notice to the judge and it is merely a procedural process. The clerk checks the support balance, sees that it is over 2 months in arrears, issues a ten day letter and if there is no response, files the suspension with the DMV. After the second suspension paperwork was started, there was NO Motion to Object as required by law for Laura Fleming to stop the suspension because none of the few reasons to stop it applied to her. However, she DID contact Judge Covert's office directly and spoke to Judge Covert's assistant Valerie Hammond. Laura Fleming makes it a point to defriend all of the judges assistants to be able to work special favors behind closed doors. Between Laura Fleming, Valarie Hammond and Judge Covert, they together implemented an unethical and illegal exparte' plan to block the suspension. Judge Covert, without any notice or hearing, issued an Order from his chambers stating that he has "forgot" to add something to his original order and issued an amended Order adding language that bared the Clerk's Office from issuing any suspension letters to the DMV for Laura McLynas. Again, this was the first and ONLY time Judge Covert had EVER done any such thing and the Clerk's office confirmed that they had never seen this done in any case they have ever had.

The custodial father's rights and the child's rights to enforce child support have all been removed by Thane Covert's biased and predatory actions in violation of James McLynas' Constitutional right to a hearing, notice of a hearing, a driver's license suspension, or any ability to hold the mother accountable for the court ordered child support. AGAIN Judge Thane Covert does the exact OPPOSITE of what his job is to ENFORCE child support. Again this clearly evidences the extraordinary efforts that Thane Covert will go to in order to deny the father his rights in anyway he can possibly think of and more concrete proof of the pattern and practice of Bias by Judge Thane Covert against James McLynas and his child. This goes WELL beyond the appearance of Impropriety which is the threshold for recusal.

<u>Example Seven</u>

During the pendency of this case, one of the deadbeat mother's tactics would be to claim that she did NOT receive ANYTHING. According to her she never received emails, mail, text messages, notices or anything else that it was convenient for her not to receive. This has been very effective for her because Judge Thane Covert would use this as an excuse to stop and proceedings to assist the deadbeat mother. To counter this, the father James McLynas opened an account with the Florida E-Portal for filing documents, pleadings and notices and proving that they were served upon the other party.

Florida law ONLY requires a "Certificate of Service" that a document was mailed. According to the court system and the civil rules of procedure, THAT was enough. However, the father went BEYOND that and opened an account with the Florida E-Filing Portal FURTHER proving what was sent, who it was sent to and when it was sent. Despite ALL of this, Judge Thane Covert violated James McLynas' Constitutional right to due process by requiring a THIRD mechanism for service for this father and NOBODY else. Covert wrote an order requiring that ALL pleadings and filings be sent by certified mail adding additional trouble, time and expense to the father that is already raising the couple's daughter without any support from the mother. Judge Thane Covert THEN put in his order an IMPOSSIBLE requirement that BOTH the receipt for the certified mail AND the "green card" showing it was received ne filed WITH the original pleading with the court. The father attempted to comply by sending it certified mail and filed the papers, but was waiting on the "green card" proving it had been received which sometimes takes weeks. Just DAYS after filing the papers but WAY before the "green card" was returned, Judge Thane Covert took it upon himself to go into the file and STRIKE the Motions and filings of the father even though his court order was literally IMPOSSIBLE to follow. Thane covert struck and removed the father's Motions for contempt against the mother for NOT providing discovery, NOT paying child support, NOT providing the court ordered new financial affidavits and NOT paying medical expenses. All based on a ruling of his that violates the Fl Civil Rules of Procedure and thwarts a custodial father's efforts to enforce the child support order to help his child obtain food, clothing, shelter and medical attention for his daughter.

Florida law and hundreds of case cites clearly support the courts making it EASIER for pro-se litigants to work there way through a VERY complicated legal process. However, here we have Judge Thane Covert that is specifically trying his best to make things as difficult as possible for a man whose ONLY intent is to obtain enforcement for the child support the court has already ordered. If there is ANYONE that the court SHOULD be helping, it is a custodial parent owed over $20,000 in back support and medical payments from a dead beat woman that is traveling the globe and leading a lavish luxurious lifestyle at the child's expense. But not Thane Covert. Again, this is a perfect example and one of dozens proving the ongoing pattern and practice of bias against the custodial father and in favor of the deadbeat mother.

Example Eight

At the last hearing on 2-2-2018, the father had filed a Motion to Recuse Judge Covert in the moments before the hearing took place and brought the freshly filed Motion into court. As the father had usually done, as soon as Judge Covert started to speak, he told the judge that he had just filed a Motion to Recuse the judge and had a copy with him that he would like to serve on the judge. Judge covert heard that the Motion to Recuse was filed and refused to accept a copy of allow the father to approach and serve or ask the bailiff to retrieve it for him. Even though Covert KNEW it was filed, he hurriedly tried to rush through a hearing on a Motion for Contempt for a motion to compel against the father when the father was not even in court for the last hearing and was unaware of any such Motion or order. When the father objected and stated he had not received any such order or Motion, instead of doing what he has always done for the mother and saying that "well if she hasn't received it we should all start over again" he said "the record will reflect that you have". The father asked to see this proof because he knew there was none and judge Covert refused. Covert then spoke as fast as a used car salesman and claimed that the father was in contempt and that covert was going to strike the father's entire claim for modification. Even though Laura Fleming had refused to provide documents all throughout this entire case, violated court orders to compel and had never had ANYTHING ever done to her, Thane covert struck the father's Motion to Modify that he has been TRYING to have heard for over three years.

The motion to modify was based on the mother's lying to the court about HER income. In the

court ruling by Judge Muscarella on 7-5-2016, after having heard countless hours of evidence and reviewed the income of BOTH parties, she ruled in her order that "the respondent has traditionally earned $22,800". There has been no change in job, no new raises and no evidence whatsoever that the custodial father is making any more than he has for the last 8 years throughout the entire pendency of this case. Repeatedly the deadbeat mother has lied about her income, pretended she quit jobs and lied about jobs she had and income she received. The 7-5-16 Court order also states that "There is no evidence that the Petitioner (mother) does not have the ability to work full time. The evidence does suggest that the Petitioner (mother) may have been voluntarily under-employed." The court then concluded that the mother had been under reporting her income by more than half and defrauding her own child out of rightfully owed child support. The court found that the Mother had herself admitted to making $33,000 per year working at the same place she works at currently. The same place that helped her pretend that she quit so she could avoid an Income Deduction order.

But Judge Thane Covert wants to throw out the custodial father's Petition for Modification after striking a dozen of the pro-se father's pleadings and motions? This action not only reeks of bias against the father and for the deadbeat mother, but it also smells like revenge and vindictiveness. This is another perfect example of the pattern and practice of violating the custodial father's legal rights, constitutional rights and rights to due process and the most basic right, the right to have the court enforce its own orders.

Example Nine

Child support orders are by their very nature a protection for the children. They are not designed or implemented for any other purpose. Because of this fact, Child support orders are supposed to be strongly enforced with an eye towards making sure that the obligor parent complies and does so quickly and without many loopholes to escape the consequences of Child Support orders. There are currently many MEN in jail for failure to pay child support in much lower amounts of arrearage than Laura Fleming.

When a parent fails to pay support or lies to the court about their income or as this court

determined that Laura Fleming did by intentionally being under employed, the court is supposed to take the LEAD in enforcement, not represent the best interest of the deadbeat parent at every turn. Parents are routinely found in contempt for not paying for a few months and sentenced to jail if they do no pay and ordered to pay in full to "purge" themselves of the contempt.

However, in Judge Thane Covert's Courtroom and in this case and ONLY this case, these enforcement procedures are absent and not ever being used to enforce the support order. In fact, Judge Thane Covert has acted as an advocate and an attorney for the obligor mother from the fist day he sat on the bench as if he had brought his bias and animosity for the custodial father from the criminal courthouse where he personally was trying to jail James McLynas for false charges brought by Covert's Class mate Sheriff Robert Gualtieri. The fact that Judge Covert has failed to use ANY of the powers at his disposal to EVER do ANYTHING to enforce the child support order and has conversely used ALL powers available to him to STOP the child support enforcement is again clear proof of his pattern and practice of extreme bias against the custodial father and in favor of the deadbeat mother. There can be no fair hearing or ruling with Judge Thane Cover presiding on this case.

Example Ten

With all of the above, and incorporating the ALL of the previous Motions to Recuse and the resulting actions of Judge Covert, it shows a very clear pattern and practiced of judicial prejudice and bias against the custodial father. If you simply look at how HARD Judge Covert has tried to allow himself to be presiding over this case, it shows an truly extraordinary personal interest in its outcome and his deep desire to screw the custodial father and innocent child out of rightfully owed support.

I defy anyone who is familiar with the laws and rules governing child support enforcement to review Judge Covert's actions in this case and come up with ANY other conclusion that makes sense of a judge acting like a corrupt vindictive and openly hostile advocate AGAINST enforcing a valid Florida Child Support Order and then helping and assisting the lying "homicide threat" of a mother to assist her in avoiding her child support obligation.

There is no other possible reason for the pattern of biased and prejudicial rulings and actions of Judge Thane Covert.

<u>Example Eleven</u>

After spending the last two years trying desperately to get this court and judge covert to enforce the child support order and obligation of the mother, and having Judge Thane Covert stop him and block him in every way imaginable, the custodial father requested child support enforcement help from the State of Florida. Within a month, the Child Support Enforcement agency had Laura Fleming paying child support through an Income Deduction order. In thirty days, the state of Florida had done what Judge Thane Covert could not and more importantly WOULD not do. This further proves that Thane Covert's actions were a pattern and practice of failing to enforce court orders, protect the child and enforce child support in this case. It would not surprise me if Thane Covert was trying desperately to figure out a way to undo the progress in collecting child support initiated by the Child Support Enforcement agency.

<u>Example Twelve</u>

Judge Thane Covert has failed and refused to provide James McLynas with equal access to the courts, equal protection under the laws of the State of Florida and the United States Constitution. Judge Covert has illegally converted the assets of James McLynas by forcing him to loan money to his ex-wife with zero interest with a $50 arrearage payment that will take over 18 years to pay off at the current $11,000 plus arrearage balance. The minor child will be 33 years old by the time the child support arrearage is paid off. There is no legal justification for Judge Covert to basically finance the deadbeat mother's lavish lifestyle while being the sole means of support for the minor child. This is not ex-wife support, this is CHILD support, but Judge Covert does not see it that way.

<u>Example Thirteen</u>

Judge Thane Covert has failed and refused to hear over a dozen Motions for Contempt filed by the custodial father. Each one of these Motions include the ability of the custodial father to obtain sanctions for the conduct of the deadbeat mother. There are multiple Motions for

Contempt and timely Motions to Compel documents that still have not been heard. The obligor mother has provided ZERO financial records for the last 18 months. Although she claims to be not working, she has been living in a luxury waterfront condo, traveling the World, driving a Mercedes and partying like a Kardashian, ALL with NO VIABLE MEANS OF SUPPORT. The custodial father filed a series of interrogatories and notices to produce asking her to prove exactly how she has been mysteriously paying all of these bills with ZERO supposed income. However, Judge Thane Covert has blocked the Discovery by failing to hear the Motions for Contempt for not answering the Interrogatories or producing the documents. But he DID ignore a filed Motion to Recuse and refuse to accept service of the Motion in order to rush the mother's Motion for Contempt on an order to compel that the father has never seen.

In December of 2017 Laura Fleming moved out of her waterfront luxury condo into a luxury apartment in Palm Harbor with all of the amenities such as covered parking, two large pools, hot tub, clubhouse, gym and luxury landscaping within a gated community. She somehow was able to accomplish this with zero income, no money for first, last or security deposit, no job for the credit application, no money for deposits, no furniture and no money to move. It also does not explain how she is feeding herself, paying her bills, keeping her phone on, paying for gas or car insurance or anything else for that matter. Obviously this is not possible and it is more than obvious that Laura Fleming has been lying about not having an income all along. During this move in December to these new luxury accommodations, from November through February, Laura Fleming paid a whopping $16 dollars in child support and that was in early November. No Christmas presents for her own daughter, not even a card. Nothing. The father was once again required to provide EVERYTHING to the child while the mother drove her Mercedes to her new luxury accusations and picked out new furniture thanks to Judge Thane Covert's actions protecting the deadbeat mother and blocking ALL child support enforcement.

The custodial father is entitled to relief from these motions and the right to sanctions for these motions, but that is being blocked by Judge Thane Covert because he is trying to force the case to trial with a Case management hearing BEFORE the father's Motions are heard. He is thus protecting the deadbeat mother from having to produce records proving her

income and how she has been surviving is such luxurious fashion without a job or income according to her. The father's Motions to compel and Motions for Contempt were filed LONG before the mothers, but Judge Thane Covert refused to set the father's motions and then rushed the deadbeat mother's motions to the head of the line, THEN ignored a FILED Motion to Recuse and refused service of the filed Motion to Recuse so he could hurry up and squeeze in the Mother's Motions.

Example Fourteen

The coordination of this attack against the father by Thane Covert and Laura Fleming is too coordinated, too dove tailed and too swift for it to happening organically. Just as in the case of the above detailed driver's license suspension whereby Judge Covert just happened to think about this case and our of the blue determine that his month old order needed to be amended two days after the Clerk sent out the Notice to Laura Fleming, something stinks. And what that smell is is Judge Covert's assistant working with Laura Fleming and telling her what Covert wants her to file and how to file it. Laura Fleming regularly speaks to Valerie Hammond, Judge Covert's assistant and speaks to her like they are dear old friends every time they are in court together. Valarie Hammond is assisting Judge Thane Covert in having exparte' access to Judge Covert and Judge Covert with Laura Fleming. Phone records will prove these calls took place, how often and on what days. These records will show that immediately following a series of calls, Laura will file something, or Judge Covert will take some action, like issuing an Order to block Laura Fleming's driver's license suspension the day she calls or the day after.

Example Fifteen

Judge Covert improperly allowed the obligor mother to file a response to the custodial fathers' Petition for Modification months after the deadline for filing any response had ended. Judge Covert even issued an Order granting the extension when the obligor mother did not file any motion requesting one. Laura Fleming had filed her own Motion to Modify almost six months after the father's Petition to Modify was filed. After reviewing the file, Covert noticed that a) the mother incorrectly filed a "Motion to Modify" which is an improper method to seek modification when the correct filing for her would have been a

response to the father's Petition to Modify, and b) the time for filing such a response had ended months earlier. Judge Covert sprang into action to act as counsel for the mother and immediately issued an order on his own accord informing the mother that her "Motion to Modify" was not the proper format. He then granted her a 30 day extension to file the proper "response to the petition for modification even though she did not ask for an extension to do so. This violated the father's constitutional right to due process in that he was now being punished for doing everything correctly, and the mother was being rewarded for doing everything wrong. Judge Covert even provided the mother with the correct forms and instructions on how to fill them out along with the 30 day final extension. The deadbeat mother then AGAIN filed the wrong form filing her OWN "Petition to Modify" which was rejected by the Clerk because the mother failed to pay the required fee to initiate a new Petition for Modification. Now, TWO deadlines had passed, months had gone by and the extra 30 day "final" extension judge Covert had granted on his own accord without any request or Motion from the mother expired to. Finally the father was going to be permitted to proceed without any answer to his petition as the law states he is entitled to.

But not so fast. AGAIN Judge Covert intervenes on behalf of the mother, informs her that she AGAIN has filed out the wrong form, AGAIN provides her the right form and AGAIN grants her yet another extension while simultaneously trampling the due process rights of the father to AGAIN help the deadbeat mother in this case avoid child support obligations and enforcement.

If all judges in child support cases helped the non-paying parent as Judge Covert has in this case, NOBODY would ever have to pay child support. If all judges acted on behalf of litigants as Judge Covert has in this case, NOBODY would ever need a lawyer either because throughout the entire time Judge Covert has sat on the bench in this case, he has fiercely represented the deadbeat mother as her attorney in every way possible. How luck for the deadbeat mother that her lawyer is also the judge. How unfortunate for the custodial father and the poor child. This is NOT how child support enforcement is supposed to go and this is NOT how it does go in every other courtroom in the state. Again, this proves beyond a doubt the pattern and practice of impropriety of Judge Covert's actions and conduct in this case.

Motivation of Judge Thane Covert

One may never know ALL of the reasons or motivations behind the unethical actions and conduct of Judge Covert, however the close connection between this case, the criminal case brought by corrupt Sheriff Robert Gualtieri and the political ramifications listed in the above "background" of this case are a good starting point.

Another motive is also one outlined by every trial lawyer in this county, that if you have the audacity to file a Motion to Recuse a judge here in Pinellas County, they and their peers will retaliate against you by ruling against you in every way imaginable. It is this threat that keeps Pinellas County trial lawyers and defense lawyers from filing Motions for Recusal and my case proves that this fear is justified.

Then there is the online review of Judge Thane Covert or the article that James McLynas wrote that has Judge Covert so angry and vindictive. Perhaps it is the complaint that James McLynas filed with the Judicial Qualifications board or the complaint based on this Motion to Recuse that will be filed based on the "patterns and practices" of Thane Covert in this case. Or maybe it is just that the custodial father James McLynas has a difficult time facing massive corruption and keeping quite about it. After all, the custodial father is on record telling Judge Covert in court that he is the most corrupt judge he has ever encountered. Judge Covert even threatened to jail him for contempt if he said it again. The custodial father is positive that Judge Covert is trying to figure out some way to jail James McLynas before this case is pulled from his grasp. What other reason would a judge do all of this and still LIE claiming that he still sits fair and impartial in this case and refuse to let it go and move along? No other person on the face of this planet would think so except he himself.

Usually when a public official acts in a corrupt manner it is because Laura Fleming is providing them with sexual favors. The Report of the Guardian Ad-Litem in this case documented this very occurrence simultaneously with no less than five of the police officer and sheriff's deputies "and multiple others including women men and couples. The final report also specifically described Laura Fleming as a "sexual deviant" and had documented

her activities as a dominatrix. Perhaps Judge Thane Covert has such a need that Laura Fleming has been able to fill in exchange for his assistance in this case. It would be important to ask Judge Covert these questions under oath which is WHY he is a witness in this case. And AS A witness in this case he will be called to rebut the testimony of Laura Fleming.

Conclusion

The actions of Judge Thane Covert are a clear violation of the Code of Judicial Conduct and are thus clear grounds for recusal. The Judicial Code of Conduct specifically requires that punishment of a judge should be levied when "there is a pattern of improper activity and the effect of the improper activity on others or on the judicial system". There is no question that

there be a pattern of Judge Covert's actions and behavior in this case that form a pattern of impropriety and this clearly is having an effect on "others and the judicial system" as outlined in the Code of Judicial Conduct . The "others" in this case are a single father working hard to take care of his 15 year old daughter by himself without the court ordered support of the deadbeat mother. The pattern would be ALWAYS taking action AGAINST the enforcement of support, the due process rights of the custodial father and putting every possible obstacle in the path of collecting child support or holding the deadbeat mother accountable for violating the court's Orders.

The Code of Judicial Conduct outlines multiple violations that would earn a judge sanctions and would clearly require a recusal of that judge from any case where he exhibited such impropriety. Violation of these Code of Conduct cannons also extend to civil rights violations of the Defendant James McLynas. These include

• 2A: "A judge shall respect and comply with the law and shall act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary." Judge Covert has not "respected" or complied with the laws that require him to provide due process, unbiased rulings or the enforcement of court orders and child support obligations. He has failed on all counts in a manner so consistent that there are no exceptions and even Judge Covert himself could not come up with a single example of how he has enforced ANY action in this case to recover child support and force compliance or both the law and Court

Orders in this case.

• 2B: "A judge shall not allow family, social, political or other relationships to influence the judge's judicial conduct or judgment. A judge shall not lend the prestige of judicial office to advance the private interests of the judge or others; ..." Judge Covert has allowed his position to be used to further the political gain of his judicial colleague and Stetson classmate Pinellas County Sheriff Robert Gualtieri. He has also quite possible allowed his own desires and interests to enter into a personal relationship with Laura Fleming.

• 3B(2): "A judge shall be faithful to the law and maintain professional competence in it." Judge Covert has NOT been faithful to the law, enforced its orders or has maliciously withheld due process from the custodial father. Judge Covert has allowed exparte' access by the mother and has on several occasions acted as her counsel by providing her with legal advice, forms, and withholding proper adjudications and allowing final filing deadlines to come and go and STILL allowing the mother to file responses LONG after any deadline expired. These actions also violate the Constitutional and legal rights of the Plaintiff James McLynas.

• 3B(7): "A judge shall not initiate, permit, or consider ex parte communications, or consider other communications made to the judge outside the presence of the parties concerning a pending or impending proceeding ...." The evidence of Judge Covert taking the action he did by all of the sudden "amending" his order to include prohibiting the Clerk from allowing Laura Fleming's license be suspended proves there was direct exparte communications. The Clerk does NOT notify the judge when a request to suspend has been filed with the Clerk. It is NOT part of the actual case file so Judge Covert would not have seen it. The "amended" order was sent out about the same day Laura Fleming would have received her copy of the ten day notice to pay the arrearage or have her license suspended. She called Judge Covert's office, spoke to Valerie Hammond, Judge Covert's assistant and the three of them worked up the sneaky little solution to prevent Laura Fleming from having to respond to the ten day letter. For the record, Laura Fleming NEVER responded to the ten day letter because she already knew the "fix" was in when she talked to Hammond and the judge. She KNEW she didn't need to send any objection or request for a hearing because it had already been taken care of by her acting lawyer, Judge Covert. These actions also violate the Constitutional and legal rights of the Plaintiff James McLynas.

• 3E(1)(d): "A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances where: .... * * * (d) The judge or the judge's spouse, ... (iii) is known by the judge to have a more than de minimis interest that could be substantially affected by the proceeding; (iv) is to the judge's knowledge likely to be a material witness in the proceeding;" The father filed a Witness List with the courts specifically naming Judge Covert. Judge Covert struck the witness list from the case because his name was listed on it. There is NO DOUBT that ANY reasonable person would easily question Judge Covert's impartiality because he has exhibited nothing BUT impartiality throughout this entire proceeding as evidenced by the failure to take ANY action to enforce the child support obligation, his unwavering actions to stop the custodial father from any and all forms of enforcement, procuring records, proving the mother's REAL income or being paid the arrearage or $8,000 in three years' worth of unpaid medical expenses.   These actions also violate the Constitutional and legal rights of the Plaintiff James McLynas.

WHEREFORE, Plaintiff James McLynas respectfully requests the following relief to be granted by this court;

1. A Court order be issued enjoining and prohibiting State or County court judges from violating ANY legal right, due process or protection under the law to defendants or Plaintiffs.
2. A specific Court Order for Thane Covert finding him guilty of the multiple violations of the Plaintiff James McLynas' civil and legal rights under Federal Statute, numbered 42 U.S.C. § 1983 and award actual damages in the amount of $1,000,000 plus costs and fees and Punitive damages of $5,000,000.
3. That the court issue an order in a format that would allow any citizen in Florida to file a Motion to Recuse any judge that violates the legal, constitutional or due process rights of any defendant or Plaintiff ensuring that justice is truly blind and can no longer bias the court process to favor one party or another or restrict their right to a fair trial or equal protection under the law.

4. And whatever other relief this court deems and fair, just and proper and that will act as a deterrent for similar policies or practices.

Submitted this date, August 22, 2018

James McLynas
449 129th Ave East
Madiera Beach, Fl 33708
727-599-4374